

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00025-CV

| | | |
|---|---|---|
| Keitha Thayer | § | From the 90th District Court |
| | § | of Young County (31091) |
| v. | | |
| | § | March 13, 2014 |
| Mark Thayer | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM